# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Terell Bailey-Corsey<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 8:25-mj-2566-NHA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 15, 2025__ in the county of __Manatee__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting in Interstate Commerce a True Threat to Injure the Person of Another |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Tennyson, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: July 17, 2025

_____
*Judge's signature*

City and state: Tampa, FL

Natalie Hirt Adams, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Tennyson, being first duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since July 2014. I have received basic law enforcement training at the FBI Academy in Quantico, Virginia. I am currently assigned to the FBI's Tampa Field Office, where I am responsible for conducting and assisting in investigations involving drug trafficking, fraud, interstate threatening communications, and other violent crimes. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, tribal, and federal law enforcement agencies. I have arrested numerous individuals for various criminal violations and have spoken with numerous individuals regarding their criminal activities conducted and facilitated through the use of wire and electronic communications.

2. I submit this affidavit in support of a criminal complaint charging Terell Bailey-Corsey ("**BAILEY**"), a U.S. citizen who resides in Palmetto, Florida, with transmitting in interstate commerce a threat to injure, in violation of 18 U.S.C. § 875(c).

3. The statements contained in this affidavit are based on my personal knowledge and experience, reliable information from other law enforcement officers,

subscriber records, and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

4. On or about July 15 at 5:12 p.m., X user @TDBailey and the display name "enigmagistus" (hereinafter, "@TDBailey X Account") made a post directed at X's free artificial intelligence assistant. Specifically, the @TDBailey X Account posted:

> "Well @grok you're wrong. Everyone involved if I see them in real life I will KILL. On sight. With a machete so everyone can see the blood and gore of the moment. You can't fear death so you can't understand. I will KILL EVERYONE ON THE LIST.[1] ON SIGHT. AND THEY ABSOLUTELY DESERVE IT."

5. Approximately one hour later, at 6:13 p.m., the user of the @TDBailey X Account threatened three government officials:

> "EVERY EPSTIEN APPOLOGIST KIDFUCER, DO NOT KNOW MY NAME, NEVER MEET ME IN PUBLIC BECAISE I WILL FUCKING KILL YOU.I WILL BEAT YOU UNTIL YOU BRG FOR YOUR LIFE AND THEN STILL FUCKING KILL YOU. [GOVERNMENT OFFICIAL 1, GOVERNMENT OFFICIAL 2, GOVERNMENT OFFICIAL 3] I WILL FUCKING KILL YOU ON SIGHT. YOU SATAN COCK SUCKERS. I WILL HEAR THE BLOOD GUGLE FROM YOUR LUNGS AS YOU ATTEMPT TO BREATHE. DO YOU SEE THIS? DO YOU UNDER FUCKING STAND? MY LIFE MEANS NOTHING. IF I COULD SEE YOU DEAD. IT WOULD BE WORTH IT ALL. FEAR GOD."

---

[1] Based on my training and experience and knowledge about this case, I believe the "LIST" is a reference to a "client list" that X user @TDBailey believes exists relating to the investigative holdings relating to Jeffrey Epstein.

6. A few minutes later, at 6:27 p.m. the @TDBailey X Account posted "IT'S TIME TO START KILLING POLITICIANS ON SIGHT."

7. A review of the @TDBailey X Account also revealed the following additional violent posts from approximately June 22 through July 15:

   a. KILL THEM, KILL THEM ALL, IF THEY HAVE A NAME IN POLITICS. KILL THEM, RESET START IT ALL OVER. I DON'T CARE HOW HARD IT GETS.
      KILL THEM.

   b. I really mean every word I SAY. I WOULD ABSOLUTELY REVEL IN LISTENING TO THESE PEOPLE GUGLE ASS THE BLOOD COMES OUT OF THEIR LUNGS.

   c. "i don't know what the solution is, but someone's gonna have to clean up a lot of blood when it's all over."

   d. "Every politician that walks the streets, should be in fear of citizens willing to end them and their actions. And in that way they should be warry of how they hurt the common man. There are so much more of us than you. And an ineffable amount of animosity towards you. Respect your citizens or expect consequence, ask the French about it. In no uncertain terms. America First or I want you to fucking die."

   e. "If I had the ability to pause time, you would suddenly have a shortage a politicians."

8. Subsequent research revealed that Facebook Page in the name "enigmagistis" with the display name "Terrell D Bailey" (hereinafter Bailey Facebook Page"), posted a link to the @TDBailey X Account post to "KILL EVERY POLITICIAN YOU SEE ON SIGHT."

9. Further investigation of the Bailey Facebook Page revealed that in July 2025,[2] the user of that account posted a video threatening former GOVERNMENT

---

[2] The exact date of the video posting is unknown because this account has since been deactivated.

3

OFFICIAL 4. In relevant part, the video states:

> I swear to God [FORMER GOVERNMENT OFFICIAL 4] you, you personally…if I get muted a fucking-gen I WILL FUCKING KILL YOU. I WILL FUCKING FIND YOU IN THE STREETS WHEREEVER THE FUCK YOU ARE…I WILL FUCKING KILL YOU… KILL YOURSELF. DIE. DIE. DIE… I WILL FUCKING FUCK YOU UP. I WILL KILL YOU IF I EVER FUCKING SEE YOU. DIE.

10. A screenshot from that video is included below:



11. Based on my training, experience, and knowledge of this case, there is probable cause to believe that both the @TDBailey X Account and Bailey Facebook account are both owned and controlled by **BAILEY**.

12. Information obtained through an Emergency Disclosure Request served on X relating to the @TDBailey X Account revealed:

> Phone Number: 941-334-8093 (the "8093 phone number")
> Email Address: c.leaverfellow@gmail.com.

13. Information obtained through an Emergency Disclosure Request served on Meta relating to the Terrell D Bailey Facebook account revealed:

> Name Associated: Terell D. Bailey
> Email Address: cleaverfellow@gmail.com

4

14. An Emergency Disclosure Request served on AT&T revealed that the 8093 Number is associated with "Terell Bailey" and the same address listed on **BAILEY's** Florida driver's license.

15. During the investigation, federal agents also determined that on September 18, 2023, the @TDBailey X account posted that the account user turned 30 years old on September 18, 2023. A review of Florida driver's license records revealed that **BAILEY** was born on September 18, 1993.

16. As part of the investigation, federal agents also reviewed photographs and videos associated with the @TDBailey X Account, the Terrell D. Bailey Facebook account, as well as photographs associated with **BAILEY's** Florida driver's license, which are depicted below:

| Profile Photograph Associated with @TDBailey X Account | Profile Photograph Associated with Terrell D Bailey Facebook Account | Terell Deshawn Bailey-Corsey Florida Driver's License Photograph |
|---|---|---|
| | | |

17. Based on the similarities between the display names (i.e., enigmagistis and enigmagistus), account names (i.e., @TDBailey and Terrell D Bailey), the email addresses associated with the X and Facebook accounts (i.e., c.leaverfellow@gmail.com and cleaverfellow@gmail.com), and the photographs depicted in paragraphs 9 and 15, as well as my training and experience and knowledge of this case, there is probable cause to believe that both accounts are owned and controlled by **BAILEY** and that **BAILEY** transmitted threatening communications.

18. On July 17, 2025, law enforcement officers also interviewed **BAILEY** at the Palmetto Police Department, located in Palmetto, Florida. In summary, **BAILEY** stated he was the user of the @TDBailey X Account, 8093 phone number, and the previously mentioned Meta Facebook account. **BAILEY** took responsibility for making the threatening statements and expressed remorse. **BAILEY** stated he possessed a knife, machete, and bow and arrow.

## CONCLUSION

19. Based on the foregoing information, I respectfully submit that probable cause exists to believe that Terell **BAILEY** knowingly transmitted in interstate commerce a true threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

*Justin Tennyson*
Justin Tennyson
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this __17th__ day of July 2025.

*Natalie Hirt Adams*
HON. NATALIE HIRT ADAMS
United States Magistrate Judge